```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
DISCOVER FINANCIAL SERVICES, INC.,

                    Plaintiff,
                                          04 Civ. 7844 (BSJ)(DFE)
          - against -
                                          MEMORANDUM AND ORDER
VISA U.S.A., INC., VISA INTERNATIONAL
SERVICE ASSOCIATION, MASTERCARD           This is an ECF case.
INCORPORATED, MASTERCARD INTERNATIONAL
INCORPORATED,

                    Defendants.
-------------------------------------x
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.,

                    Plaintiff,
                                          04 Civ. 8967 (BSJ)(DFE)
          - against -
                                          MEMORANDUM AND ORDER
VISA U.S.A., INC., et al.,
                                          This is an ECF case.
                    Defendants.
-------------------------------------x
```

DOUGLAS F. EATON, United States Magistrate Judge.

    I am responding to the joint letter from Discover Financial and Visa U.S.A., Inc. dated June 15, 2007 (18 pages, plus Exhs. A-H). Pursuant to my normal practice, I plan to keep the joint letter and its exhibits in my chambers file, and I do not plan to have it docketed.

    I essentially agree with the positions stated by Visa at pages 9-17 of that letter. I deny each of the requests set forth by Discover Financial in its proposed order (Exh. H).

                               /s/ Douglas F. Eaton
                               DOUGLAS F. EATON
                               United States Magistrate Judge
                               500 Pearl Street, Room 1360
                               New York, New York 10007
                               Telephone: (212) 805-6175
                               Fax: (212) 805-6181

Dated:    New York, New York
            June 20, 2007

Copies of this Memorandum and Order will be sent by fax to Jeffrey I. Shinder at 212-350-2701fax, and to Julie B. Rottenberg at 202-942-5999fax, and by electronic filing to all counsel and to Hon. Barbara S. Jones.