UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, and DISCOVER BANK,<br><br>                            *Plaintiffs*,<br><br>v.<br><br>VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, MASTERCARD INCORPORATED, and MASTERCARD INTERNATIONAL INCORPORATED,<br><br>                            *Defendants*. | Case No.  04-cv-7844 (BSJ) (DFE)<br><br>ECF Case |

-----------------------------------------------------------------x

### NOTICE OF MOTION TO STRIKE PORTIONS OF THE SUPPLEMENTAL EXPERT REPORTS OF PROFESSOR ROBERT E. HALL AND PROFESSOR SHARON M. OSTER

PLEASE TAKE NOTICE that, upon the attached Declaration of Jeffrey I. Shinder, declared to on October 3, 2008, and the accompanying Memorandum of Law, the undersigned will move before the Honorable Barbara S. Jones, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, 500 Pearl Street, New York, New York, at a time and place to be scheduled by the Court, for an order striking portions of the Supplemental Expert Reports of Professor Robert E. Hall and Professor Sharon M. Oster.

108474.1

DATED:   New York, New York
         October 3, 2008

By: /s/ Jennifer Selendy (per JS)

William H. Pratt (WP-5178)
Jennifer Selendy (JS-8828)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022-4611
(212) 446-4800

Michael Becker
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, DC 20005
(202) 879-5000

*Counsel for Plaintiffs Discover Financial Services, DFS Services, LLC, and Discover Bank*

By: /s/ Jeffrey I. Shinder

Jeffrey I. Shinder (JS-5719)
Matthew L. Cantor (MC-8183)
CONSTANTINE CANNON LLP
450 Lexington Avenue
New York, NY 10017
(212) 350-2700

*Counsel for Plaintiffs Discover Financial Services, DFS Services, LLC, and Discover Bank*